UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY ⟋𝒎 D.C.

05 OCT 18 PM 3: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| vs. | *   Criminal No.: 05-20056 Ma |
| TARIUS FREEMAN, | * |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUDUM

Thomas A. Colthurst applies to the Court for a Writ to have **TARIUS FREEMAN, DOB 04/14/1980, Booking # 23743** now being detained in the Fayette County Jail, appear before the Honorable Samuel H. Mays on **Friday, October 28, 2005 at 1:30 p.m.**, FOR REPORT DATE, and for such other appearances as this Court may direct.

Respectfully submitted this 18th day of October, 2005.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

THOMAS A. COLTHURST
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#018324 Tennessee)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of the foregoing Application,

DAVID G. JOLLY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN
BILL KELLY, SHERIFF, FAYETTE COUNTY JAIL

YOU ARE HEREBY COMMANDED to have **TARIUS FREEMAN, DOB: 04/14/1980, Booking #23743** appear before the Honorable Samuel H. Mays at the date and time aforementioned.

ENTERED this 18 day of October, 2005.

HONORABLE TU M. PHAM
United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-20-05

467

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 467 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT